IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 96-CR-00321-WYD
(Civil Action No. 04-cv-01616)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANLEY D. POWELL,

    Defendant.

---

## ORDER TO TRANSFER MOTIONS TO COURT OF APPEALS

---

Stanley D. Powell has filed *pro se* pleadings entitled "Motion Pursuant to FRCP Rule 60(b)(4)" and "Motion Pursuant to Rule 60(b)(3)(4)".  The Government filed a response to these motions on June 12, 2006.  The Court must construe the motions liberally because Mr. Powell is representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972).  However, the Court should not be the *pro se* litigant's advocate. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  For the reasons stated below, the Court will order that the motions be transferred to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).

Mr. Powell is challenging the validity of his conviction.  The exclusive remedy for testing the validity of a criminal conviction and sentence is the remedy provided for in 28 U.S.C. § 2255.  *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996).  Therefore, the Court will construe the instant motions as asserted pursuant to § 2255.  The Court

notes that Mr. Powell previously sought relief pursuant to § 2255 in this criminal action. *See United States v. Powell*, No. 99-D-414 (D. Colo. Feb. 8, 2000), *appeal dismissed*, No. 00-1075, 2000 WL 1187674 (10th Cir. Aug. 22), *cert. denied*, 531 U.S. 970 (2000). Therefore, the instant motion pursuant to § 2255 is a second or successive motion.

Pursuant to 28 U.S.C. § 2244(b)(3) and 28 U.S.C. § 2255, Mr. Powell must apply to the Tenth Circuit for an order authorizing this Court to consider a second or successive § 2255 motion. A second or successive § 2255 motion filed in the district court without the required authorization should be transferred to the court of appeals pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Mr. Powell has not submitted to this Court the necessary authorization from the Tenth Circuit allowing this Court to consider the second or successive § 2255 motion. Further, he should be on notice of the need for such authorization since the Court previously issued an Order on August 17, 2004, transferring a "Motion Pursuant to Rule 60(b)(3)(4)" to the Tenth Circuit.

Accordingly, it is

ORDERED that the Clerk of this Court is directed to transfer to the United States Court of Appeals for the Tenth Circuit the "Motion Pursuant to FRCP Rule 60(b)(4)" filed May 22, 2006, and the "Motion Pursuant to Rule 60(b)(3)(4)"" filed June 2, 2006.

Dated: June 20, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge