UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00321-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. STANLEY DOUGLAS POWELL,

      Defendant.

_____

## ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Motion for Return of Special Assessment (filed June 21, 2006), asserting that the Judgment in this case is null and void, is **DENIED**.  The Judgment is valid and has not been overturned by the Tenth Circuit.

     Dated:  November 9, 2006