UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 96-cr-00321-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANLEY D. POWELL,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on the Defendant's *pro se* Motion to Disqualify, Voluntarily, as Judge (docket #268). Under the law, there is no constitutional right to a hybrid form of representation. *See United States v. Bennett*, 539 F.2d 45, 49 (10th Cir. 1976). On March 11, 2008, the Defendant was appointed representation by counsel, Mr. Scott Poland, on the limited matter of a potential sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). Further, the Motion to Withdraw by Attorney Scott Poland (docket #266) is currently pending before the Court. Consequently, the Court will not consider a motion that the Defendant has filed pro se. All further communications with the Court must be filed through Defendant's counsel of record. Accordingly it is

ORDERED that both Defendant's *pro se* Motion to Disqualify, Voluntarily, as Judge (docket #268) is **STRICKEN**.

Dated: April 18, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge